Entered on Docket
March 25, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1
09-72122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-14886-bam |
|---|---|
| Mario Garcia Zepeda and Reyna Guadalupe Garcia | Date: 3/16/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors | |

**ORDER VACATING AUTOMATIC STAY**

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
3   Secured Creditor Deutsche Bank Natl. Trust Co., as Trustee for New Century Alternative Mortgage
4   Loan Trust 2006-ALT1, its assignees and/or successors in interest, of the subject property, generally
5
6   described as 1060 Bracken Ave., Las Vegas, NV 89104, and legally described as follows:

7       Lot Four (4) in Block Twenty-Eight (28) of HUNT RIDGE SUBDIVISION TRACT NO. 4, as shown by Map thereof on file in Book 2 of Plats, page 55, in the office of the County Recorder
8       of Clark County, Nevada.

9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
10  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of
11  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured
12  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.
13

14  Submitted by:

15  **WILDE & ASSOCIATES**

16  By: /s/ *signature* #10099
    Gregory L. Wilde, Esq.
17  Attorney for Secured Creditor

18  **APPROVED / DISAPPROVED**

19
20  By:_____
    Sanchez Law Group
21  Attorney for Debtor(s)

22  **APPROVED / DISAPPROVED**

23  By:_____
    David A. Rosenberg
24  Chapter 13 Trustee

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor